UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KAREN JACKSON-WASHINGTON**,
    PLAINTIFF

Case: 2:06-cv-12030
Assigned To: Tarnow, Arthur J.

v.

Referral Judge: Majzoub, Mona K
Filed: 05-03-2006 At 11:34 AM
IFP KAREN JACKSON WASHINGTON V
DETROIT HOUSING COMMISSION (JLC)

**THE DETROIT HOUSING COMMISSION
and HECTOR HERNANDEZ, individually,
and in his official capacity as Section 8 Supervisor
of the DETROIT HOUSING COMMISSION,**
    DEFENDANTS.

JUDGE'S COPY

_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order filed on June 30, 2006 is GRANTED.

IT IS FURTHER ORDERED that Defendants shall make immediate subsidy payment, forthwith, on Plaintiff's behalf, made payable to Plaintiff's landlord Shirley Roberson, in the amount of Five Thousand Seven Hundred dollars ($5700.00) for rent accumulating at Nine Hundred Fifty dollars ($950.00) per month from March 1, 2006 through August 31, 2006. Defendant shall continue to make this monthly payment until further order of this Court and all payments shall be forwarded to Plaintiff's counsel.

IT IS FURTHER ORDERED that Defendant Detroit Housing Commission shall schedule a new hearing to be held within thirty days and that this hearing shall conform with due process requirements and contain a reviewable record.

2

IT IS FURTHER ORDERED that Defendant Detroit Housing Commission base their decision solely on the record that is developed and in light of the policy considerations of Section 8 and the federal Housing Act.

SO ORDERED.

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  July 25, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 25, 2006, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager